**92-2394.** Hal Artz Lincoln Mercury, Inc. v. Ford Motor Co., Lincoln Mercury Div. *Franklin County*, No. 91AP–1493. On motion to certify the record and on motion for leave to file *amicus* of National Automobile Dealers Association. Motions denied.

**92-2606.** State v. Whitterson. *Hamilton County*, No. C–910882.
PFEIFER, J., dissents.

**93-6.** Baird v. Uforma/Shelby Business Forms, Inc. *Richland County*, No. 92CA15.

**93-9.** State v. Jamison. *Hamilton County*, No. C–910736.
WRIGHT and PFEIFER, JJ., dissent.

**93-17.** Stewart v. State Farm Ins. Co. *Licking County*, No. 92CA20.
WRIGHT, J., dissents.

**93-32.** Rowan v. J.C. Penney Cas. Ins. Co. *Summit County*, No. 15577.
DOUGLAS and PFEIFER, JJ., dissent.

**93-33.** Equity Centers Dev. Co. v. S. Coast Centers, Inc. *Cuyahoga County*, Nos. 62768 and 62769.
WRIGHT, J., dissents.
F.E. SWEENEY, J., not participating.

**93-38.** Hall v. Hall. *Warren County*, No. CA91–10–079.
PFEIFER, J., dissents.

**93-50.** Brandts v. Sidney Daily News. *Auglaize County*, No. 2–92–13.
WRIGHT and PFEIFER, JJ., dissent.

**93-53.** LISN, Inc. v. Commercial Union Ins. Cos. *Lorain County*, No. 91CA005258.
RESNICK, J., dissents.

**93-54.** Lake Buckhorn Property Owners Assn., Inc. v. Mayer. *Holmes County*, No. CA–463.
WRIGHT, J., dissents.

**93-56.** Potters Bank & Trust Co. v. Eckenrode Coal Co. *Columbiana County*, No. 92–C–27.
PFEIFER, J., dissents.

**93-57.** State ex rel. Athens Cty. Property Owners Assn., Inc. v. Athens. *Athens County*, No. 1513.
DOUGLAS, J., dissents.

**93-60.** Cousins v. Brownfield. *Franklin County*, No. 91AP–1504.
WRIGHT, J., dissents.

**93-61.** Haehn v. Ohio State Racing Comm. *Franklin County*, No. 92AP–769.
WRIGHT, J., dissents.

**93-62.** Ohio Assn. of Consulting Engineers v. Voinovich. *Franklin County*, No. 92AP–78.
DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**93-73.** Anderson v. St. Francis/St. George Hosp., Inc. *Hamilton County*, No. C–910574. On motion and cross-motion to certify the record. Motions denied.
DOUGLAS and PFEIFER, JJ., dissent.
RESNICK, J., not participating.

**93-74.** Brown v. Dresser Industries, Inc. *Belmont County*, No. 91–B–20.
RESNICK and PFEIFER, JJ., dissent.

**93-82.** Spayde v. Hi–Stat Florida Mfg. Co. *Richland County*, No. 92CA37.

**93-89.** State v. Wilson. *Lucas County*, No. L–91–272.
RESNICK, J., not participating.